```
                                                                    1

 1                       UNITED STATES DISTRICT COURT
                         EASTERN DISTRICT OF NEW YORK
 2
     - - - - - - - - - - - - - - - X
 3   UNITED STATES OF AMERICA,      : 23cr437(AMD)
                                    :
 4        -AGAINST-                 : United States Courthouse
                                    : Brooklyn, New York
 5   JUSTIN NUDELMAN, ET AL,        :
                                    : Thursday, February 27, 2025
 6             Defendants.          : 10:00 a.m.
     - - - - - - - - - - - - - - - X
 7
          TRANSCRIPT OF CRIMINAL CAUSE FOR A STATUS CONFERENCE
 8               BEFORE THE HONORABLE ANN M. DONNELLY
                    UNITED STATES DISTRICT JUDGE
 9
                          A P P E A R A N C E S:
10
     For the Government:    UNITED STATES ATTORNEY'S OFFICE
11                            Eastern District of New York
                              271 Cadman Plaza East
12                            Brooklyn, New York 11201
                           BY:ARUN BODAPATI, ESQ.
13                            Assistant United States Attorney

14   For Defendant          DAWN M. FLORIO LAW FIRM, PLLC
     Justin Nudelman:         488 Madison Avenue, Ste 20th Floor
15                            New York, NY 10022
                           BY:DECLAN MURRAY, ESQ.
16

17   For Defendant          KAPLAN HECKER & FINK
     Brandon Nudelman:        16 Hudson Street, Apt 2E
18                            New York, NY 10013
                           BY:ABRA METZ-DWORKIN, ESQ.
19                            NICK PAVLIS, ESQ.

20   For Defendant          MOSKOWITZ COLSON GINSBERG & SCHULMAN
     Ronnie Mershon:          80 Broad Street, Suite 1900
21                            New York, NY 10004
                           BY:EYLAN SCHULMAN, ESQ.
22
     Court Reporter:    SOPHIE NOLAN
23                         225 Cadman Plaza East/Brooklyn, NY 11201
                         NolanEDNY@aol.com
24   Proceedings recorded by mechanical stenography, transcript
     produced by Computer-Aided Transcription
25
```

```
                          Proceedings                          2
```

1   (In open court.)
2   (The Hon. Ann M. Donnelly, presiding.)
3   (Defendants present.)
4   THE COURTROOM DEPUTY:  This is criminal cause for a
5   status conference, docket number 23-cr-437, *USA versus Justin*
6   *Nudelman, Brandon Nudelman and Ronnie Mershon.*
7   Counsel, state your appearance, Government first.
8   MR. BODAPATI:  Good morning, Your Honor.  Arun
9   Bodapati for the Government.
10   THE COURT:  Good morning.
11   MS. METZ-DWORKIN:  Good morning, Your Honor.  Abra
12   Metz-Dworkin with my colleague Nick Pavlis for Brandon
13   Nudelman.
14   THE COURT:  Good morning.
15   MR. MURRAY:  Good morning, Your Honor.  Good
16   morning, Counsel.  Declan Murray, D-E-C-L-A-N M-U-R-R-A-Y,
17   FROM The Dawn Florio Law Firm for Mr. Justin Nudelman, who is
18   seated to my left.
19   THE COURT:  Good morning.
20   MR. SCHULMAN:  Good morning, Your Honor.  Eylan
21   Schulman on behalf of Ronnie Mershon, who is seated to my
22   right.
23   THE COURT: Good morning.
24   Is there still one defendant that we have to get in
25   front of us?

1    MR. BODAPATI:  Yes, Your Honor.  Michael Daddea was
2  arrested in Florida and he waived the hearing so he is being
3  transported up in the custody of the marshals.
4    THE COURT:  Okay.
5    MR. BODAPATI:  It will take a few more weeks for him
6  to arrive in the district.
7    THE COURT:  All right.  It's fine to stay seated.  I
8  want to be sure that I can hear you and so that the Court
9  reporter can hear you so make use of the microphone if you
10 need to say anything.
11   Can you give us an update?  Mr. Justin Nudelman has
12 been before me several times, but this is the first time for
13 the other defendants.  So, what's going on?
14   MR. BODAPATI:  Yes, Your Honor.  The other two
15 defendants made their initial appearance on February 14th.
16 Since then the Government has produced discovery and extended
17 plea offers.  So, we expect it will take some time to review
18 and we just request another status conference.
19   THE COURT:  All right.
20   Is there anything that anybody wants to say on the
21 defense side?
22   MR. MURRAY:  So, Your Honor, if when we got a
23 moment, we did reach out to Pretrial.  We had mentioned at the
24 last conference about potentially adjusting Mr. Justin
25 Nudelman's conditions of release to go from home detention to

Proceedings 4

1  a curfew.  Pretrial is opposed to any change at this time.
2              THE COURT:  Yes.  I mean, they're not here so I
3  don't know.  It would be good to get them here.  I'm not
4  particularly inclined to do it with a new indictment.  I know
5  you raised this before, but there have been a series, if I'm
6  remembering correctly, of some violations and I'm not sure
7  what the reason would be at this point.
8              MR. MURRAY:  Your Honor, part of the issue is that
9  when it comes to Mr. Nudelman getting employment or even in
10 some cases going to medical appointments, having to get
11 approvals for all of those has proved burdensome and on one
12 occasion he requested approval to go to a physical therapy
13 appointment and they sent back approval five minutes after the
14 appointment was set to start.
15             THE COURT:  When did he ask for it?  That's the
16 other thing.  You have to give them notice.
17             MR. MURRAY:  Your Honor, in that case I believe it
18 was a week before the appointment.
19             THE COURT:  Who's the Pretrial Services officer?
20             MR. MURRAY:  The Pretrial Services officer is
21 Officer Gross, Your Honor.
22             THE COURT:  Well, like I said, I can't have the
23 conversation without them here.  So if you want to make the
24 application, I will hear from Pretrial.
25             MR. MURRAY:  We can put in an application in writing

1   to try to figure that out, but we can just deal with that off
2   calendar and schedule an appearance.
3           THE COURT:  That's fine.
4           Is there anything from anybody else?
5           MR. SCHULMAN:  Your Honor, for Mr. Mershon, we also
6   anticipate making an application to amend the conditions of
7   bond, specifically requesting permission for Mr. Mershon to be
8   able to use marijuana to address a number of medical
9   conditions.
10          THE COURT:  Does he have a card?
11          MR. SCHULMAN:  Yes.  He does have a prescription.  I
12  have spoken recently with the Government about it.  I have not
13  conferred with Pretrial yes, but just to flag for the Court
14  that I intend to make that application.
15          THE COURT:  All right.
16          Anything from you?
17          MS. METZ-DWORKIN:  No, Your Honor.  Thank you.
18          THE COURT:  I understand from my deputy that May
19  27th at 10 o'clock is a good time for our next conference.
20  That time will be excludable in the interest of justice so
21  that the parties can review the discovery and discuss a
22  possible resolution of the case.
23          Just in terms of discovery, you said you've turned
24  over some.  Do you have a sense of how much discovery there
25  is?

Proceedings                                                                6

1    MR. BODAPATI:  I think we've turned over the
2    substantial majority.  There are a few additional steps that
3    we've taken, so there is some outstanding, but we don't expect
4    it to be significantly more.
5    THE COURT:  All right.  Anything else that anybody
6    wants to put on the record?
7    Okay.  So we'll see everybody on May 27th.  Thank
8    you.
9
10               (Matter adjourned.)
11                      - ooOoo -