

U.S. Department of Justice

United States Attorney
Eastern District of New York

MPM
F. #2023R00666

271 Cadman Plaza East
Brooklyn, New York 11201

November 21, 2025

By ECF

The Honorable Ann M. Donnelly
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Michael Daddea
                Criminal Docket No. 23-437 (AMD)

Dear Judge Donnelly:

      The parties respectfully submit that the defendant Michael Daddea will plead guilty to Count One of the superseding indictment in this case, which charges firearms trafficking conspiracy under Title 18, United States Code, Section 371. The parties respectfully request that the Court set a change of plea hearing for December 18, 2025 at 11:00 a.m.

      Respectfully submitted,

      JOSEPH NOCELLA, JR.
      United States Attorney
      Eastern District of New York

By:      /s/
      Margaret Mortimer
      Arun Bodapati
      (718) 254-6159

cc:    Clerk of the Court (by ECF and E-mail)
       Sanford Talkin, Esq. (by ECF and E-mail)